# United States Court of Appeals for the Federal Circuit

---

**US INVENTOR, INC., NATIONAL SMALL BUSINESS UNITED,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES PATENT AND TRADEMARK OFFICE, JOHN A. SQUIRES, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Defendants-Appellees*

---

2024-1396

---

Appeal from the United States District Court for the District of Columbia in No. 1:22-cv-02218-JDB, Judge John D. Bates.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

October 3, 2025
Date

Jarrett B. Perlow
Clerk of Court